[No. 44993-5-II.   Division Two.   March 11, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. GENE L. YOUNT, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 13-1-00006-7, Amber L. Finlay, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, A.C.J., and Bjorgen, J.

[No. 30397-7-III.   Division Three.   March 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY JESSE HERNANDEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 09-1-01807-9, Michael G. McCarthy, J., entered November 18, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown, J., and Culp, J. Pro Tem.

[No. 31224-1-III.   Division Three.   March 13, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. EULOGIO CASTRO ROMERO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 12-1-00369-9, John M. Antosz, J., entered October 15, 2012. *Affirmed* by unpublished opinion per Brown, J., concurred in by Korsmo, C.J., and Culp, J. Pro Tem.

[No. 31320-4-III.   Division Three.   March 13, 2014.]

*In the Matter of the Marriage of* BRIAN DALE HAMOND, *Appellant*, and PATRICIA CAROL ABRAMS-HAMOND, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-3-01444-2, Michael P. Price, J., entered November 16, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, J., and Kulik, J. Pro Tem.